UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

MAY 09 2017 VCC

David J. Bradley, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO. |
| ROBERTO RODRIGUEZ<br>MARIA DEL CARMEN SARABIA | § § | L-17-0358<br>MGM |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

From on or about January 12, 2017 through on or about January 19, 2017, in the Southern District of Texas, and elsewhere, and within the jurisdiction of the Court, Defendants,

**ROBERTO RODRIGUEZ and
MARIA DEL CARMEN SARABIA,**

did knowingly conspire and agree with each other and with other persons known and unknown to the Grand Jurors to possess with intent to distribute a quantity of methamphetamine, its salts, isomers, and salts of its isomers and a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(C).

## COUNT TWO

On or about January 12, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ROBERTO RODRIGUEZ and
MARIA DEL CARMEN SARABIA,**

did knowingly possess with intent to distribute a controlled substance. This offense involves a quantity of methamphetamine, its salts, isomers, and salts of its isomers and a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE

On or about January 19, 2017, in the Southern District of Texas and within the jurisdiction of the Court, Defendants,

**ROBERTO RODRIGUEZ and
MARIA DEL CARMEN SARABIA,**

did knowingly possess with intent to distribute a controlled substance. This offense involves a quantity of methamphetamine, its salts, isomers, and salts of its isomers and a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C) and Title 18, United States Code, Section 2.

A TRUE BILL:

**ORIGINAL SIGNATURE ON FILE**

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

JOSÉ ANGEL MORENO
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

# CRIMINAL DOCKET No: 17-0358

LAREDO DIVISION
FILE: 17-00912   MAG#: 17-mj-80
INDICTMENT                          Filed: May 9, 2017                 Judge: _____

ATTORNEYS:

UNITED STATES OF AMERICA

ABE MARTINEZ, ACTING USA
VS.                                  JOSÉ ANGEL MORENO, AUSA

**ROBERTO RODRIGUEZ**
**MARIA DEL CARMEN SARABIA**

**CHARGE:**

Ct.1: Conspiracy to possess with intent to distribute methamphetamine or a mixture and substance containing a detectable amount of methamphetamine [21 USC 846, 841(a)(1) and 841(b)(1)(C)]

Ct.2: Possess with intent to distribute methamphetamine or a mixture and substance containing a detectable amount of methamphetamine [21 USC 841(a)(1), 841(b)(1)(C) and 18 USC 2]

Ct.3: Possess with intent to distribute methamphetamine or a mixture and substance containing a detectable amount of methamphetamine [21 USC 841(a)(1), 841(b)(1)(C) and 18 USC 2]

**TOTAL COUNTS: 3**

**PENALTY:** Ct. 1-3:  0 to 20 years imprisonment, not more than a $1,000,000 fine, $100 special assessment, at least 3 years up to a life term of supervised release.

In Jail:

On Bond:

Name & Address of Surety:

No Arrest: