UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Courts
Southern District of Texas
FILED

MAY 09 2017 VCC

David J. Bradley, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| **ROBERTO RODRIGUEZ** | § | **L-17-0358** |
| **MARIA DEL CARMEN SARABIA** | § | |

## MOTION FOR BENCH WARRANT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America by and through KENNETH MAGIDSON, United States Attorney in and for the Southern District of Texas, and respectfully moves this Honorable Court to issue a Bench Warrant for the arrest of defendants, **ROBERTO RODRIGUEZ AND MARIA DEL CARMEN SARABIA**, on the grounds that a Criminal Indictment has been filed against said defendants on **May 9, 2017.**

WHEREFORE, PREMISES CONSIDERED, the Government respectfully requests this Honorable Court issue a Bench Warrant for the arrest of Defendants **ROBERTO RODRIGUEZ AND MARIA DEL CARMEN SARABIA.**

Respectfully submitted,

KENNETH MAGIDSON
UNITED STATES ATTORNEY

JOSE ANGEL MORENO
Assistant United States Attorney