United States District Court
Southern District of Texas

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION**

**ENTERED**
May 12, 2017
David J. Bradley, Clerk

UNITED STATES OF AMERICA

vs

Roberto Rodriguez

*Defendant*

ORDER OF TEMPORARY
DETENTION PENDING HEARING
PURSUANT TO BAIL REFORM ACT

Case Number: 5:17−cr−00358

 Upon motion of the GOVERNMENT, it is ORDERED that a detention hearing is set for May 19, 2017 at 10:00 AM before United States Magistrate Judge Guillermo R Garcia at 1300 Victoria, Courtroom 3C, Laredo, Texas 78040. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for this hearing.

_____
DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE

Date of order: **May 12, 2017**