UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| versus | § | Criminal No. 5:17CR 358-01 |
| Roberto Rodriguez | § § § | |

## DEFENDANT'S WRITTEN WAIVER OF ARRAIGNMENT

Pursuant to Federal Rule of Criminal Procedure 10(b), the undersigned Defendant, affirming that s/he has been charged via indictment or misdemeanor information and has received a copy thereof, HEREBY pleads not guilty to the charges contained therein, requests a trial by jury, and waives appearance at the arraignment scheduled in this case for May 19, 2017 before Magistrate Judge C. Garcia.

Respectfully submitted on May 19, 2017.

Roberto Rodriguez
Printed Name of Defendant

_____
Signature of Defendant

Edward F Maddox
Printed Name of Attorney

_____
Signature of Attorney

**NOTE:** To enter a plea of not guilty and waive appearance at arraignment, file this completed waiver with the court under **Waivers**, using event **Waiver of Presence at Arraignment**, no later than *48 hours* prior to the scheduled arraignment. When the waiver is properly filed, the Arraignment is automatically canceled and removed from the court's calendar, and the case will proceed as laid out in the Scheduling Order.