# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **WAIVER OF DETENTION** |
| | § | **HEARING** |
| *Roberto Rodriguez* | § | |
| | § | Case No. 5:17 CR 358-01 |
| | § | |

Defendant ___*Roberto Rodriguez*___ is currently detained in the

Southern District of Texas pending the above-styled cause of action.   After careful

consideration, Defendant  wishes to waive the right  to a detention hearing pursuant to Title

18 U.S.C. § 3142.

_____
Defendant

_____
Counsel for Defendant

DATE: _May 17, 2017_____