United States District Court
Southern District of Texas
**ENTERED**
May 22, 2017
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| vs | § | CAUSE NO: 5:17-CR-00358-1 |
| ROBERTO RODRIGUEZ | § | |

## ORDER OF DETENTION

On the 19th of May, 2017, the Defendant with counsel knowingly and voluntarily waived his right to a Detention Hearing (Dkt#30).

Should additional evidence come to light, or conditions become available that would materially affect this Court's ruling, Defendant may request a hearing.

It is therefore ORDERED that the Defendant, **ROBERTO RODRIGUEZ,** is hereby COMMITTED to the custody of the United States Marshal for the Southern District of Texas, Laredo, Texas for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

SIGNED this 22nd day of May, 2017 at Laredo, Texas.

_____
GUILLERMO R. GARCIA
United States Magistrate Judge